UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. 2:22-cv-2087-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| A ROBINSON RECYCLING CENTER LLC d/b/a SMOKE N STUFF and ALIYA N. ROBINSON, | |
| Defendants. | |

Plaintiff's motion for entry of default judgment was submitted for decision without oral argument by the magistrate judge on May 15, 2024. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On December 2, 2024, the Magistrate Judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

1

("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 2, 2024, are adopted in full;

2. Plaintiff's motion for default judgment, ECF No. 15, is granted in part;

3. Default judgment is entered against defendants A Robinson Recycling Center and Aliya N. Robinson in the total amount of $5,000;

4. Plaintiff is awarded costs in the amount $967.80;

5. The balance of the motion is denied; and

6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2