UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>               Plaintiffs,<br><br>v.<br><br>A ROBINSON RECYCLING CENTER LLC d/b/a Smoke n Stuff and ALIYA N. ROBINSON,<br><br>               Defendants. | Case No.   2:22-cv-2087 DJC JDP<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants **A Robinson Recycling Center LLC and Aliya N. Robinson**:

Plaintiff is awarded $5,000 and $967.80 in costs.

January 21, 2025

KEITH HOLLAND, CLERK

By: /s/ A. Benson , Deputy Clerk